# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM E. CHADWICK, JR.,            )<br>         Plaintiff,              )<br>                                      )<br>vs.                                   )     No. 11-0412-CV-W-FJG<br>                                      )<br>ANSCHUTZ ENTERTAINMENT                )<br>GROUP, INC.,                          )<br>         Defendant.                  ) | |

## ORDER

On September 8, 2011, the Court was informed by EAP that this case has been reported settled. In order to appropriately monitor its docket, the Court **ORDERS** the parties to file on or before **Friday, September 30, 2011**, either (1) a stipulation of dismissal or (2) a status report detailing the progress of this case.

**IT IS SO ORDERED.**

                                          /s/ FERNANDO J. GAITAN, JR.
                                          Fernando J. Gaitan, Jr.
                                          Chief United States District Judge

Dated: 9/15/2011
Kansas City, Missouri